201906054
reg

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# AT LEXINGTON

| | |
|---|---|
| IN RE: | Case No. 19-51530 |
| GEORGE M. NOBLE<br>RESA LEE NOBLE | Chapter 13 |
| | Judge Gregory R. Schaaf |
| Debtors | |
| | **OBJECTION TO DEBTOR'S PLAN BY U.S. BANK, NATIONAL ASSOCIATION (PROPERTY ADDRESS 54 ADAMS LANE, SADIEVILLE, KY 40370)** |

Now comes U.S. Bank, National Association, a secured creditor, and respectfully objects to the proposed Chapter 13 Plan filed herein by the Debtor(s). This is an ongoing objection and is intended to be an objection to any subsequent plan filed by the Debtor(s). Creditor reserves the right to amend and/or supplement this objection should additional information be necessary. This Objection is supported by the following Memorandum.

## MEMORANDUM

On January 15, 2015, Debtor, George M. Noble signed a Note in the amount of $87,000.00. The Note matures on February 1, 2030. A copy of the Note is attached hereto as Exhibit A. Debtors, George M. Noble and Resa Lee Noble executed a Mortgage secured by Debtors' principal residence located at 54 Adams Lane Sadieville, KY 40370 ("Real Property"). The mortgage was filed for record on February 9, 2015 in Book 379 Page 476 of Harrison County records. A copy of the Mortgage is attached hereto as Exhibit B.

U.S. Bank, National Association holds a mortgage lien on debtor(s) real property known as 54 Adams Lane Sadieville, KY  40370.  The proposed Chapter 13 Plan fails to comply with Section 1322(b)(5) of the Bankruptcy Code, which permits debtors to cure defaults while resuming and maintaining regular payments on long term obligations.  That section requires, however, that such defaults be cured "within a reasonable time".  The Chapter 13 Plan proposed herein does not list Creditor's subject mortgage loan account as a secured claim and makes no provision for curing the Creditor's existing arrearage claim nor for the maintenance of post-petition payments outside the Plan.

WHEREFORE, based on the foregoing, Creditor respectfully requests that confirmation of the proposed plan be denied.

/s/ Mia L. Conner
Mia L. Conner
KY Bar Registration #: 90625
513-241-3100 x-3445

LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Objection to Debtor's Plan of the secured creditor, , was electronically transmitted on September 3, 2019 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list.

Brian T Canupp, Attorney for Debtor
322 Main St
Paris, KY 40361
Brian@canupplaw.com

Beverly Burden, Trustee
P.O. Box 2204
Lexington, KY 40588-2204
Notices@Ch13EDKY.com

Office of U.S. Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Objection to Debtor's Plan was transmitted on or about September 3, 2019 via regular U.S. mail, postage pre-paid:

George M. Noble
54 Adams Lane
Sadieville, KY 40370

Resa Lee Noble
54 Adams Lane
Sadieville, KY 40370

/s/ Mia L. Conner
Mia L. Conner
KY Bar Registration #: 90625
513-241-3100 x-3445

LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com