**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:
GEORGE M. NOBLE
RESA LEE NOBLE
DEBTOR(S)                                                           CASE NO. 19-51530

TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED based on amended plan Doc. 28.

1.   There is a pending objection to confirmation of the plan filed by U.S. Bank. Any changes in valuation of collateral, interest rate, or treatment of secured claims required to resolve the objection might affect feasibility of the plan.

2.   Mr. Noble's income has changed, which may affect the debtors' projected disposable income. Mr. Noble stated at the creditor meeting that he is no longer receiving disability income from his former employer as is presently scheduled and now only receives social security disability income. Schedules I and J must be amended to accurately reflect the debtor's change in income and the resulting change in the debtor's projected disposable income.

3.   The following expense(s) on Schedule J appear to be unreasonably high or unnecessary. The trustee requests documentation in support of the amount of the claim and/or information regarding the necessity of the expense. If the amount and necessity of the expense(s) cannot be justified, the plan should be amended to immediately increase plan payments by the amount of the over claimed expense(s). $173.32 monthly for "Vacation package."

                        Beverly M. Burden, Chapter 13 Trustee

                By:   /s/Donald B. Smith
                      Donald B. Smith,
                      Attorney for Trustee
                      Ky Bar ID:  89052
                      P.O. Box 2204
                      Lexington, KY 40588-2204
                      (859) 233-1527
                      notices@ch13edky.com

## CERTIFICATE OF SERVICE

The foregoing was served via ECF on Brian Canupp on November 4, 2019.

                      Beverly M. Burden, Chapter 13 Trustee

                By:   /s/Donald B. Smith
                      Donald B. Smith,
                      Attorney for Trustee